# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVEREST NATIONAL INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON WATER AND SEWER COMMISSION, and )<br>SANTORELLI CONSTRUCTION, INC., )<br>)<br>Defendants. )<br>) | No. 10-CV-10313-LTS |

## JUDGMENT

January 11, 2012

SOROKIN, M.J.

In accordance with the order of summary judgment entered on January 10, 2012, JUDGMENT FOR THE DEFENDANTS Boston Water and Sewer Commission and Santorelli Construction, Inc. and AGAINST PLAINTIFF Everest National Insurance Company is hereby ORDERED AND ADJUDGED as to all counts of Plaintiff's Complaint.  Each party shall bear its own costs.

/s/ Leo T. Sorokin

UNITED STATES MAGISTRATE JUDGE